1 | Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
2 | Eunji Cho (Bar No. 286710)
MELLEN LAW FIRM
3 | 411 Borel Avenue, Suite 230
San Mateo, California 94402
4 | Telephone:   (650) 638-0120
Facsimile:    (650) 638-0125

5 | Attorney for Plaintiffs,
NATHAN TERRY
6 | GERALDINE TERRY

7

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | NATHAN TERRY, an individual; GERALDINE TERRY, an individual,<br><br>            Plaintiffs,<br><br>       v.<br><br>WELLS FARGO BANK, N.A., a business entity; U.S. BANK, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.:  3:15-cv-01483-WHA<br><br>[Assigned to the Hon. William Alsup]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>Date:      May 26, 2016<br>Time:      8:00 a.m.<br>Ctrm.:     8, 19th Floor<br><br><br>Complaint Filed:  March 31, 2015 |

19

20 |        Plaintiffs NATHAN TERRY and GERALDINE TERRY ("Plaintiffs") and Defendants

21 | WELLS FARGO BANK, N.A. and U.S. BANK, N.A. ("Defendants"), through their counsel of

22 | record, stipulate and agree as follows:

23 | **RECITALS**

24 |        1.       WHEREAS, on April 18, 2016, Defendants filed a Motion to Dismiss Plaintiffs'

25 | Complaint, or in the Alternative, For a More Definite Statement (Docket No. 21);

26 |        2.       WHEREAS, Plaintiffs need one additional day to file their Opposition to

27 | Defendants' Motion to Dismiss Plaintiffs' Complaint;

28 |        3.       WHEREAS, the Parties stipulate to extend Plaintiffs' deadline to file their

1   Opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint by one day from May 2, 2016

2   to May 3, 2016;

3          4.      WHEREAS, the Parties stipulate to extend Defendants' deadline to file the Reply

4   in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint by one day from May 9, 2016

5   to May 10, 2016;

6          5.      WHEREAS, this stipulation waives no rights of either Party;

7          6.      WHEREAS, no other extension has previously been stipulated to, requested, or

8   granted.

9                                          **STIPULATION**

10         **IT IS HEREBY STIPULATED** THAT

11   1.  The deadline for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss

12       Plaintiffs' Complaint is extended by one day from May 2, 2016 to May 3, 2016; and

13   2.  The deadline for Defendants to file the Reply in Support of Defendants' Motion to

14       Dismiss Plaintiffs' Complaint is extended by one day from May 9, 2016 to May 10, 2016.

15

16   DATED: May 2, 2015                    Respectfully submitted,

17                                         MELLEN LAW FIRM

18

19                                         ___*/s/ Eunji Cho*_____
                                           Eunji Cho, Esq.
20                                         Attorney for Plaintiffs
                                           NATHAN TERRY
21                                         GERALDINE TERRY

22
     DATED: May 2, 2015                    Respectfully submitted,
23
                                           SEVERSON & WERSON
24

25
                                           __*/s/ Jason Julian*_____
26                                         Jason Julian, Esq.
                                           Attorney for Defendants
27                                         WELLS FARGO BANK, N.A.
                                           U.S. BANK, N.A.
28

1  Matthew D. Mellen (Bar No. 233350)
   Jessica Galletta (Bar No. 281179)
2  Eunji Cho (Bar No. 286710)
   MELLEN LAW FIRM
3  411 Borel Avenue, Suite 230
   San Mateo, California 94402
4  Telephone:   (650) 638-0120
   Facsimile:    (650) 638-0125

5  Attorney for Plaintiffs,
   NATHAN TERRY
6  GERALDINE TERRY

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10 | NATHAN TERRY, an individual; GERALDINE   | Case No.:  3:15-cv-01483-WHA
   | TERRY, an individual,                    |
11 |                                          | [Assigned to the Hon. William Alsup]
   |                Plaintiffs,               |
12 |                                          | **[PROPOSED] ORDER GRANTING**
   |            v.                            | **STIPULATION TO EXTEND TIME TO**
13 |                                          | **RESPOND TO DEFENDANTS'**
   | WELLS FARGO BANK, N.A., a business       | **MOTION TO DISMISS PLAINTIFFS'**
14 | entity; U.S. BANK, N.A., a business entity; and | **COMPLAINT**
   | DOES 1 through 50, inclusive,            |
15 |                                          |
   |                Defendants.               |
16 |                                          | Date:      May 26, 2016
   |                                          | Time:       8:00 a.m.
17 |                                          | Ctrm.:     8, 19th Floor

18                                             Complaint Filed:  March 31, 2015

19

20

21

22

23

24

25

26

27

28

                                    1

Having reviewed the above stipulation of the Parties and good cause appearing therefore, It IS SO ORDERED.

1. The deadline for Plaintiffs to file their Opposition to Defendants' Motion to Dismiss Plaintiffs' Complaint is extended by one day from May 2, 2016 to May 3, 2016; and

2. The deadline for Defendants to file the Reply in Support of Defendants' Motion to Dismiss Plaintiffs' Complaint is extended by one day from May 9, 2016 to May 10, 2016.

DATED:   May 3, 2016.

_____

Hon. William Alsup
United States District Court Judge

[PROPOSED] ORDER