IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TERRY; GERALDINE TERRY,<br><br>            Plaintiffs,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; U.S. BANK, N.A.; and DOES 1 through 50, inclusive,<br>                                                              / | No. C 15-01483 WHA<br><br>**ORDER DENYING APPEARANCE BY TELEPHONE** |

The courtroom telephone equipment does not make it feasible to conduct hearings over the telephone and, therefore, the Court must **DENY** plaintiff's request.

**IT IS SO ORDERED.**

Dated: May 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE