Matthew D. Mellen (Bar No. 233350)
Jessica Galletta (Bar No. 281179)
Eunji Cho (Bar No. 286710)
MELLEN LAW FIRM
411 Borel Avenue, Suite 230
San Mateo, California 94402
Telephone: (650) 638-0120
Facsimile: (650) 638-0125

Attorney for Plaintiffs,
NATHAN TERRY
GERALDINE TERRY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TERRY, an individual; GERALDINE TERRY, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a business entity; U.S. BANK, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:15-cv-01483-WHA<br><br>[Assigned to the Hon. William Alsup]<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND**<br><br>Date: July 21, 2016<br>Time: 8:00 a.m.<br>Ctrm.: 8, 19th Floor<br><br>Complaint Filed: March 31, 2015<br>Trial Date: April 3, 2017 |

| | |
|---|---|
| 1 | TO DEFENDANT AND ITS COUNSELS OF RECORD: |
| 2 | NOTICE IS HEREBY GIVEN that on July 21, 2016, at 8:00 a.m., or as soon thereafter as |
| 3 | the matter can be heard in Courtroom 8 on the 19th floor of the above mentioned court, located at |
| 4 | 450 Golden Gate Ave., San Francisco, CA 94102, Plaintiffs will, and hereby do, move this Court |
| 5 | for leave to amend to file the First Amended Complaint attached as Exhibit A to the Declaration |
| 6 | of Sarah Shapero filed concurrently herewith, pursuant to Federal Rules of Civil Procedure Rule |
| 7 | 15(b).  This motion will be based on the Notice of Motion and Motion itself, the Memorandum of |
| 8 | Points and Authorities in Support of the Motion, the declaration filed in support of the motion, the |
| 9 | records and file herein, and any evidence presented at hearing. |

DATED: June 16, 2016                    Respectfully submitted,

                                        MELLEN LAW FIRM


                                        ___/s/ Sarah Shapero_____
                                        Sarah Shapero, Esq.
                                        Attorney for Plaintiffs
                                        NATHAN TERRY
                                        GERALDINE TERRY