IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NATHAN TERRY, an individual, and
GERALDINE TERRY, an individual,

    Plaintiffs,

  v.

WELLS FARGO BANK, N.A., a business entity, U.S. BANK, N.A., a business entity, and DOES 1 through 50, inclusive,

    Defendants.

No. C 15-01483 WHA

**ORDER VACATING DATES AND SETTING FURTHER CASE MANAGEMENT CONFERENCE**

In light of the parties' stipulation and their settlement, all pending deadlines and hearings are hereby **VACATED**. A further case management statement is hereby **SET** for **JANUARY 26 AT 11:00 A.M.** The parties shall submit a joint case management statement no later than **SEVEN CALENDAR DAYS** before the hearing. Additionally, the parties shall please promptly notify the Court of any decision by the Bankruptcy Court relating to the settlement.

**IT IS SO ORDERED.**

Dated: December 6, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE