Matthew D. Mellen (Bar No. 233350)
Sarah Shapero (Bar No. 281748)
MELLEN LAW FIRM
One Embarcadero Center, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 315-1653
Facsimile: (415) 276-1902
email@mellenlawfirm.com

Attorney for Plaintiffs,
NATHAN TERRY
GERALDINE TERRY

MARK D. LONERGAN (State Bar No. 143622)
THOMAS N. ABBOTT (State Bar No. 245568)
JASON M. JULIAN (State Bar No. 215342)
jmj@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A.; and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-WF1 (erroneously sued as "U.S. BANK, N.A.")

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN TERRY, an individual; GERALDINE TERRY, an individual,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., a business entity; U.S. BANK, N.A., a business entity; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 3:15-cv-01483-WHA<br><br>**JOINT STIPULATION REGARDING DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

55000.1564/10530261.1

1

Plaintiffs NATHAN TERRY and GERALDINE TERRY ("Plaintiffs") and Defendants WELLS FARGO BANK, N.A. and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-WF1, erroneously sued as "U.S. BANK, N.A.," (collectively "Defendants"), by and through their counsel of record, hereby stipulate and agree as follows:

1. All of Plaintiffs' causes of action against Defendants are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii);
2. Plaintiffs and Defendants shall each bear their own fees and costs.

**IT IS SO STIPULATED.**

DATED: March 14, 2017

By: */s/ Sarah Shapero*
Sarah Shapero

Attorneys for Plaintiffs NATHAN TERRY and GERALDINE TERRY

DATED: March 14, 2017

By: */s/ Jason Julian*
Jason Julian

Attorneys for Defendants WELLS FARGO BANK, N.A.; and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST 2007-WF1 (erroneously sued as "U.S. BANK, N.A.")

## ~~PROPOSED~~ ORDER

Having reviewed the above stipulation of the Parties and good cause appearing therefore, IT IS SO ORDERED.

1. All of Plaintiffs' causes of action against Defendants are dismissed in their entirety with prejudice;
2. Plaintiffs and Defendants shall each bear their own fees and costs. This case shall be closed by the clerk of the Court.

DATED: <u>March 14, 2017.</u>

_____
HONORABLE WILLIAM ~~H.~~ ALSUP
UNITED STATES DISTRICT COURT JUDGE